# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO. 5:11-CR-27-RS

ARGIMIRO GONZALEZ-OLIVARES,

    Defendant.
_____/

## ORDER

The relief requested in Defendant's First Unopposed Defense Motion to Continue Trial Date (Doc. 18) is **GRANTED**. Jury trial is rescheduled for November 28, 2011.

**ORDERED** on October 17, 2011.

                              **/s/ Richard Smoak**
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**